MAX PEARLBERG and Another, Respondents, v. WILLIAM ZIMBALIST, Defendant, and MARTIN DEGAETO, Appellant.— On appeal by the defendant Martin DeGaeto from a judgment in favor of the plaintiff for damages for personal injuries received in an automobile collision, judgment as against defendant DeGaeto unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ.